IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00049-MOC-WCM

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| NORTH GEORGIA FOODS INC. *doing business as* Burger King | ) ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 13) filed by Kevin Kelly. The Motion indicates that Mr. Kelly, a member in good standing of the Bar of this Court, is local counsel for Defendant North Georgia Foods Inc. *doing business as* Burger King and that he seeks the admission of E. Graham Newsome, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 13) and **ADMITS** E. Graham Newsome to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: May 19, 2022

W. Carleton Metcalf
United States Magistrate Judge